03/02/2016  10:30    7209040471                SAM LIVINGSTON                            PAGE  02/04

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02306-WJM-NYW

**JOHN J. EDSON,**

Plaintiff,

v.

**HCC LIFE INSURANCE COMPANY,**

Defendant.

---

### AFFIDAVIT OF DOCTOR JAMES M. YEASH, D.O.

---

The Affiant, being first duly sworn, states as follows:

1.    I am a licensed physician in the State of Colorado with my practice located at 11550 N. Sheridan Blvd., Broomfield, CO 80220, and I am associated with New West Physicians operating from that location. I have been licensed as a Doctor of Osteopathy in the State of Colorado for 31 years and have been the treating physician of Mr. Joel Edson since 2008.

2.    During the course of my treatment involving Mr. Jon. J. Edson, the Plaintiff in this case, he demonstrated elevated triglycerides, or elevated fat readings, in his blood work which resulted in Mr. Edson being placed on 3 different types of medication to address high triglyceride counts during the course of my treatment. Triglyceride levels are generally recognized as normal up to 150, but Mr. Edson demonstrated levels of 232 during his examination of January 25, 2008, and also demonstrated levels of 265 during my examination of the patient in December of 2009. His triglyceride levels were controlled at various points by way of testing and changes to medication, although it appears that Mr. Edson may not have been consistent in usage of various prescribed medications addressing the triglyceride issue.

3.    During the course of my care involving Mr. Edson, I have never made any findings or observations which suggested excessive or problematic use of alcohol by Mr. Edson. Mr. Edson is reportedly a social drinker and my examination of his physical condition as his personal physician since 2008 does not suggest that there is any

1

EXHIBIT A

03/02/2016  10:30    7209040471                SAM LIVINGSTON                    PAGE  03/04

basis to conclude that Mr. Edson could be characterized as an alcoholic or in need of treatment to modify his behaviors surrounding drinking or substance abuse.

4.    I am aware of the circumstances surrounding Mr. Edson's hospitalization for acute pancreatitis in June of 2014. This is Mr. Edson's first episode of such a condition and the incident is referenced as an acute as opposed to a chronic pancreatitis condition.

5.    Pancreatitis can be caused by alcohol, high triglycerides or fats in the blood, hereditary disorders, certain medicines and in some cases the cause is unknown.

6.    Individuals react to the effects of alcohol differently, and the level of alcohol consumption necessary to cause the onset of a pancreatitis episode may vary from individual to individual. Onset of a pancreatitis episode may be brought about by consumption of alcohol in the context of an individual who could be deemed an "alcoholic", while at the same time consumption of alcohol in lesser amounts by an individual who is not considered a problem drinker might also trigger the onset of an acute pancreatitis episode as well.

7.    Mr. Edson does have a history of triglyceride problems which are a well established cause of pancreatitis. It would be advisable, immediately following Mr. Edson's attack of acute pancreatitis in June of 2014, that he not consume alcohol for at least some period of time following the episode as alcohol would tend to inflame the pancreas and otherwise make his condition worse. Similarly, it would likewise be advisable for Mr. Edson to eat less fatty foods and maintain lower triglyceride readings through appropriate use of medication.

8.    While it is true that an alcoholic may suffer from pancreatitis as result of the condition of alcoholism, one does not necessarily have to be an alcoholic to experience an episode of acute pancreatitis triggered by alcohol. The absorption of alcohol into the body and hence into the pancreas may well give rise to a condition in certain circumstances identified as "alcoholic pancreatitis", but this is not to suggest that the individual who had alcohol in their system causing the condition would necessarily be characterized as an "alcoholic" simply because alcohol was consumed in some quantity which brought about the onset of the pancreatitis attack. This is particularly true in the context of an individual such as Mr. Edson who has a history of elevated triglycerides which may well have been the cause of the episode in question.

9.    It is my opinion, to a reasonable degree of probability, that the episode of acute pancreatitis experienced by Mr. Jon Edson in June of 2014 cannot be attributed to "alcoholism" of the patient as it simply cannot be stated that an episode of pancreatitis necessarily serves as the basis to reverse diagnose a patient to constitute an alcoholic or problem drinker. There is no evidence Mr. Edson was an alcoholic before this incident, and he was in fact receiving treatment before this event for a known cause of pancreatitis, that is elevated triglycerides.

2

FURTHER AFFIANT SAYETH NAUGHT.

Dated this _2nd_ day of _March_, 2016.

_____
Dr. James M. Yeash, D.O.


STATE OF COLORADO          )

                           ) ss.

COUNTY OF ~~DENVER~~        )
         _Boulder_


Subscribed and sworn to before me this _2_ day of _Mar_, 2016.


Witness my hand and official seal.

_____
Notary Public

My commission expires:  _April 22, 2019_

ROY B STEINHARDT
Notary Public
State of Colorado
Notary ID 20114023441
My Commission Expires Apr 22, 2019

3

MAR/03/2016/THU 09:01 AM                     FAX No.                          P. 017

JOEL Edson
11/17/56

Date: 1/25/05  For: _____ Y          Time 11:48 By: MS  ☐ Phone  ☐ Voicemail
Caller  Nicole (step-daughter)  Phone 3) 464-1766   URGENT ☐ Yes ☐ No
Patient (First, Middle, Last Name) Joel Edson ↗   DOB 11/16/56 ☐ New ☐ Est.
Patient Street Address _____  HIC/SS # _____

Pt Pt needs X-Rays for lower back + shoulder
also wants to talk to you about neck
x-ray because of broken vertabrae

☐ Call Back  ☐ Rx
☑ Illness  ☐ Test Results
☐ Injury  ☐ Insurance
☐ Other  ☐ Billing

FOLLOW UP REQUIRED

UMTeB
SO

Pharmacy Phone _____
Medication _____ Dosage _____
Re'fil ☐ Yes _____  ☐ No Date _____ By _____

Date Complete: _____ By _____
Add to Chart ☐ Yes ☐ No
©2003 Medical Arts Press® 1-800-328-2179

IMPORTANT MESSAGE

6/22/05        C/C Ⓛ earache since        wt 199
915            yesterday. Q8             Ht. 5'10"
DT#            - Cl.b.Tai - wnl ✓         BP. 120/66
(3)464-1766
               ⓓ congestion/sneezing/clear rhinorrhea
               → ⓡ s+. ∅ otc + hearing. ⓀⒻ/∘ similar —
Nursing        pmh Healthy  1st Recent Shoulder  My Claritin D  ⓕ B Z ear
. . . - 5 —          ? Allergic                                     ∅ TM
                                                                    ⓑⒺⒹ sx's

S  As Above
O. Gen: WN WD NAD. NAD healthy/toxic  NC AT TMs: null/red/fluid  Eyes: n/inflam/dc  Sinus: n/tender
Nose: n/inflam/one dc-greer/purulent  OP: n/inflam/moist-dry/PND dc  Tonsils: n/absent/ +/inflam/dc
Neck: n/distention  Chest: CTA/labored/stridor/wheeze/rales  Heart: RRR/m/rubs  Ext: n/c/c E  Skin: W/P/O/rash

A:  ① Rhinitis c̄ OTD   ② son. ⓔ  ③ Allergies   ④ ED
P. Symptomatic care including rest, fluids, humidity, and OTC medications as directed
Rx  Discussed @ length c̄ pt — w/o allergies causing sx's
    Cont or Claritin D
    Add Nasarel r ich 1d, Single + Eq + monitor response
    Also, sample of Nasarel 50g #6 given . . .
    RTC for PF or before if needed
                                                        06_____

Cigna

EXHIBIT B