Progress Note                                    Allergies: NKDA

```
**** Cholestech LDX ****
19 Feb 1993    12:44 A.M
SAMPLE-WHOLE B.
```

9/23/05  ♂C

9:00

```
Name: C

C=235        mg/dL
HDL=44       mg/dL
TRG=136      mg/dL
LDL=183      mg/dL
non-HDL=190  mg/dL
TC/HDL=5.3
GLU=57       mg/dL
```

wt 206
BP 120/76 72

ht. 5'10"

S: HPI - pt c̄ ↑ cholesterol & was put on Zocor 40mg qd. Pt states trying diet modification & states active family hx of CVA (paternal) + DMII (brother & dad). In past cholesterol 200-240 when checked prior to 8/05. No adverse effects noted from medication. Pt ran out of medication 2 wks prior so has taken med 4 weeks total.

ROS: ⊘ fever/chills Neuro - ⊘ HA, dizziness, HEENT - ⊘ ↓ hearing or visual disturbances. GI - ⊘ N/V/C. GU - ⊘ UTI symptoms. Pt reports post nasal drip

Medication: Claritin prn, Viagra prn, was taking Zocor 2 weeks prior, Flonase prn, Metamucil (hemorrhoids)

O: PE Chest/lungs - cta  Heart - rrr, ⊘ murmurs or gallops.

A: hypercholesterolemia not controlled c̄ current medication. Post nasal drip possible allergy origin

P: Vytorin 10/40 mg, allegra + Flonase for post nasal drip. Recommend f/u in 6-8 weeks. —————— Jennifuller, PAS

pt also has a h/o ED for which he has tried Viagra, Levitra & Cialis

Levitra & Cialis cause HA's

Rx written for Viagra.

pt also given samples of Allegra for PND.

Name: [signature]
Edson, Joel

DOB: 11/17/50

New West Physicians – Broomfield
11550 N. Sheridan Blvd. Ste. 200
Broomfield, CO 80020

Insurance:

EXHIBIT B

MAR/03/2016/THU 09:01 AM                    FAX No.                    P. 014

Progress Note                                              Allergies:

**Patient: Edson, Joel**          Date:11/10/05          Visit Type: Office Visit   DOB: 11/17/86

**S:**   The patient is in today for reevaluation of his hyperlipidemia. He has a history of hyperlipidemia for which he is taking Vytorin 10/40. He 's not having any muscle pains or abdominal pain at this time. The patient has no headaches, dizziness, shortness of breath, or cough. The patient has not had any chest pain, palpitations or irregular heart beats. There have been no episodes of wheezing, orthopnea, dyspnea on exertion and there is no peripheral edema

**Q**   Lung exam. The lungs are clear to auscultation to all lung fields. There are no wheezes, rales, or rhonchi. Patient is moving air well. There is no respiratory distress. The patient is not cyanotic. Cardiovascular exam. Regular, rate, and rhythm, no murmurs, rubs, gallops or clicks. The patient is no extremity edema is not cyanotic and he has no muscle aches or pains. His laboratory tests are above and they are excellent. Liver function tests are also normal

**A:**  Hyperlipidemia.

**P:**  Vytorin 10/40 q.day. Follow-up in three to six months. Continue low fat diet.

Provider: James M. Yeash, D.O.

---

Date: 4.3.06   For:              Y              Time 1003A   By LK   ☐ Phone  ☒ Voicemail
Caller                       K.S                 Phone (3)439.9040     URGENT ☐ Yes ☐ No
Patient (First, Middle, Last Name)     Joel  Edison                    DOB 11/17/56  ☐ New ☐ Est

Patient Street Address                                          HIC/SS # 

Rx w 8/2/05 cialis 20mg
#10 č 5RF. Need sig.
Also Nizoril interacts
č Vytorin (↑ levels). Pls.
call

FOLLOW UP REQUIRED
gave sig
Per our
nizoril
only used
short term

Pharmacy Phone 
Medication 
Refill ☐ Yes ___  ☐ No  Date 
Dosage 
By 

Date Complete:   By
Add to chart ☐ Yes ☐ No

IMPORTANT MESSAGE

New WEST
New West Physicians – Broomfield
11550 N. Sheridan Blvd. Ste. 200
Broomfield, CO 80020

Name:                              DOB:

Insurance:

Progress Note                          Allergies NKDA

1/25/08  c̄ Meds ✓
11:45    Skin tags  (80)
D# 4641766  Irro of taste

Wt. 210
BP 127/96
P 84

DOS: 01/25/2008
Patient: Edson, Joel          Visit Type: Office Visit    DOB: 11/17/1956

**S:** The patient presents today with several issues. The patient has a history of hyperlipidemia. He also has had some elevations in one. He would also like to have some skin tags removed. He has a loss of taste and he thinks it because of his statin medications. He has not gone off statin medications but has switched to three different medications. Initially he was on Zocor then switched Vytorin, then switch to Crestor. The patient has no headaches, dizziness, shortness of breath, or cough. The patient has not had any chest pain, palpitations or irregular heart beats. There have been no episodes of wheezing, orthopnea, dyspnea on exertion and there is no peripheral edema. He has no history of cardiovascular disease. He is a nonsmoker. He stated skin tags have been there for quite a long time

**O:** The patient is a well-developed well-nourished gentleman in no acute distress. Lung exam: The lungs are clear to auscultation to all lung fields. There are no wheezes, rales, or rhonchi. Patient is moving air well. There is no respiratory distress. The patient is not cyanotic. Cardiovascular exam: Regular, rate, and rhythm, no murmurs, rubs, gallops or clicks. There are normal active bowel sounds. There is no organomegaly or abdominal masses to palpation. There is no flank pain or pelvic pain to palpation. There is no localizing tenderness. He has no abdominal pain and no muscle aches and pains related to taking statins. He does have a loss of taste as described. He has three skin tags on the right axillary area and one in the right side of his neck. A procedure was done under local anesthesia with 1% Xylocaine with epinephrine in which the skin tags were removed without difficulty. The patient tolerated procedure well. His blood pressure was noted to be slightly elevated

Hyperlipidemia. Skin tags. Loss of taste. Possible medication problems.

**P:** Stop all statins at this time. After he is off the statins for one month if his taste not return can restart the Crestor 10 mg q day. Skin tags removed as above. Neosporin applied to the sites. Regular blood pressure checks. Follow up in two months or sooner if any problems

Provider: James M. Yeash D.O.
electronically signed

New WEST
Physicians

New West Physicians - Broomfield
11550 N. Sheridan Blvd. Ste. 200
Broomfield, CO 80020

Name:
Joel Foson

DOB:
11-17-56

Insurance:
CIGNA

MAR/03 2016/THU 08:59 AM                                          P. 005

ALLERGIES:  *NKDA*                          Progress Note

6/19/08  *Sc Chol* ✓  ? *Sleep Apnea*  Ht 209
3:15                   *Loss of Taste*   Wt 5'10
                                          BP 110/80

DOS: 06/19/2008
Patient: Edson, Joel        Visit Type: Office Visit   DOB: 11/17/1956

**S:**  the patient presents today for a few issues  He has history of elevated cholesterol  He is on Vytorin and was doing very well but had stopped the medicine due to expense.  He is going to be losing his insurance as he is getting a divorce.  He has been trying to work with diet next size and see if he can keep his lipids down with diet and exercise  The patient has no headaches, dizziness, shortness of breath, or cough  The patient has not had any chest pain, palpitations or irregular heart beats.  There have been no episodes of wheezing, orthopnea, dyspnea on exertion and there is no peripheral edema.  The patient does state that he has a loss of taste  The patient has a history of sleep apnea suspected although he has never been evaluated.  The person he is currently sleeping with has stated that he seems to stop breathing at night  The patient has had a problem with the loss of taste for quite some time.

**O:**  the patient is a well-developed well-nourished gentleman in no distress.  Lung exam: The lungs are clear to auscultation to all lung fields.  There are no wheezes, rales, or rhonchi.  Patient is moving air well.  There is no respiratory distress  The patient is not cyanotic.  Cardiovascular exam: Regular, rate, and rhythm, no murmurs, rubs, gallops or clicks.  His blood pressure is 110/80  He is 5 feet 10 inches tall.  We discussed his sleep apnea and I told him that it may warrant having a sleep apnea evaluation  We discussed having him go to sleep lab.  We did give him the name of someone to talk to about being tested for sleep apnea.  His lipids are as above.  They are not as good as they were when he was on his medications  They are practically double what they were on Vytorin.

**A:**  hyperlipidemia.  Sleep apnea.  Loss of taste.

**P:**  patient given a prescription for simvastatin 40 mg daily.  Sleep apnea evaluation by Dr. Lange.  Consider neurology consult for a loss of taste.  Follow-up in 4 to 6 weeks for recheck on lipids otherwise follow-up in 6 months, sooner if any problems.

Provider: James M.Yeash D.O.
    electronically signed

Name: _____  DOB 11/17/56

*Edson, Joel*

Insurance.

New West Physicians - Broomfield
11550 N. Sheridan Blvd. Ste. 200
Broomfield, CO 80020



Patient          JON J EDSON
DOB              Nov 17, 1956
Encounter Date   Dec 1 2012

## Assessment
1. Blood In Urine 599.70
2 Blood In Semen 608.82

## Plan
**Blood In Urine (599.70)**
   1 NWP Urinalysis, without microscopy ( in-house) Done 01Dec2012 10 16AM

No blood in Urine here today  pt will record future episodes and rtc or call w/ results. this will likely resolve on its own. however May suggest checking PSA level on return visit. (no labs today as it is a sat)  No evidence of UTI or pyelo

## Chief Complaint
Pt here for poss blood in urine

## History of Present Illness
pt noticed the beginning of his urination had mild blood this morning. Also claims he has some "blood" in his semen this morn as well. states this has happened 2 other times this past week. denies pain/fever. no abdominal pain, no other symptoms

## Review of Systems
NWP Complete-Male:
Constitutional: no fever and no chills.
Eyes: no eye pain and eyes not red.
ENT: no earache.
Cardiovascular: no chest pain and no palpitations.
Respiratory: no shortness of breath.
Gastrointestinal: no abdominal pain
Genitourinary: no dysuria, no genital lesions and no testicular pain.
Integumentary: no skin lesions and no skin wound
Hematologic/Lymphatic: no tendency for easy bleeding and no tendency for easy bruising

## Current Meds
Medications
1 Fluticasone Propionate 50 MCG ACT Nasal Suspension; 1 to 2 sprays each nostril daily to
   prevent cong; Therapy: 21Jun2011 to (Last Rx.21Jun2011)

Broomfield Family Practice  11550 N. Sheridan Blvd.    Broomfield, CO  80020
Off  (303) 469-6000     Fax  (303) 469-2922
www.nwphysicians.com

Patient:     JON J. EDSON
DOB          Nov 17, 1956

2. Lipitor 20 MG Oral Tablet, TAKE 1 DAILY FOR CHOL, Therapy 28Jun2011 to (Last Rx 29Jun2011)
3. Methocarbamol 750 MG Oral Tablet. TAKE 1 TABLET 3 TIMES DAILY, Therapy. 16Nov2011 to (Evaluate 15Mar2012) Requested for. 16Nov2011, Last Rx.16Nov2011

**Allergies**
1. Simvastatin TABS

**Current Orders**
1. CPAP Requested for 21Jun2011

**Physical Exam**
NWP General Multi-System Exam (Brief):
Constitutional
General appearance: Normal.
Eyes
Inspection of conjunctiva and lids Normal.
Ears, Nose, Mouth and Throat
External inspection of the ears and nose: Normal
Pulmonary
Assessment of respiratory effort Normal
Auscultation of lungs Normal
Cardiovascular
Auscultation of heart. Normal
Joint Selector Male. General Appearance: alert, in no acute distress and healthy appearing.

**Signatures**
Electronically signed by Amanda Doetsch PA-C, Physician Assistant Dec 2 2012 7:58AM (Author)

Broomfield Family Practice   11550 N. Sheridan Blvd.     Broomfield, CO 80020
Off: (303) 469-6000     Fax (303) 469-2922
www.nwphysicians.com