
## Drugs.com
### Know more. Be sure.

# Medications for High Cholesterol

## Drugs associated with High Cholesterol

The following drugs and medications are in some way related to, or used in the treatment of this condition.

**What is High Cholesterol:** Acquired lipid disorders is a group of disorders characterized by an excess of fatty substances, such as cholesterol, triglycerides, and lipoproteins present in the blood.

Drug Class (show all)

■ Rx          ■ OTC          ■ Off Label          ■ Only Generics

| Drug name | Rx / OTC | Pregnancy | CSA | Alcohol | Reviews | Rating | Popularity |
|---|---|---|---|---|---|---|---|
| **Lipitor** | Rx | X | N | | 35 reviews | 6.0 | |
| **simvastatin** | Rx | X | N | | 70 reviews | 5.0 | |
| **Crestor** | Rx | X | N | | 54 reviews | 6.0 | |
| **atorvastatin** | Rx | X | N | | 60 reviews | 5.0 | |
| **pravastatin** | Rx | X | N | | 16 reviews | 5.0 | |
| **Zocor** | Rx | X | N | | 20 reviews | 5.0 | |
| **Zetia** | Rx | C | N | | 23 reviews | 6.0 | |
| **lovastatin** | Rx | X | N | | 8 reviews | 7.0 | |
| **Vytorin** | Rx | X | N | | 14 reviews | 7.0 | |
| **Advicor** | Rx | X | N | X | 1 review | 6.0 | |

| Name | Rx/OTC | | | Reviews | Rating |
|---|---|---|---|---|---|
| Altocor | Rx | X | N | | Add review | 10 |
| Livalo | Rx | X | N | | 36 reviews | 6.0 |
| gemfibrozil | Rx | C | N | | 13 reviews | 7.0 |
| Niaspan | Rx/OTC | C | N | X | 23 reviews | 6.0 |
| rosuvastatin | Rx | X | N | | 56 reviews | 6.0 |
| Welchol | Rx | B | N | | 8 reviews | 7.0 |
| Altoprev | Rx | X | N | | 1 review | 10 |
| Pravachol | Rx | X | N | | 5 reviews | 6.0 |
| Niacin SR | Rx/OTC | C | N | X | 1 review | 9.0 |
| niacin | Rx/OTC | C | N | X | 35 reviews | 6.0 |
| Mevacor | Rx | X | N | | 2 reviews | 7.0 |
| Simcor | Rx | X | N | X | 7 reviews | 6.0 |
| Slo-Niacin | Rx/OTC | C | N | X | 2 reviews | 9.0 |
| ezetimibe | Rx | C | N | | 25 reviews | 5.0 |
| Lescol | Rx | X | N | | Add review | 7.0 |

# Topics under High Cholesterol

- **High Cholesterol, Familial Heterozygous** (27 drugs)

- **High Cholesterol, Familial Homozygous** (16 drugs)

- **Hyperlipoproteinemia** (170 drugs in 6 topics)

- **Hypertriglyceridemia** (30 drugs)

- **Niacin Flush** (18 drugs)

- **Sitosterolemia** (2 drugs)

# Alternative treatments for High Cholesterol

The following products are considered to be alternative treatments or natural remedies for High Cholesterol. Their efficacy may not have been scientifically tested to the same degree as the drugs listed in the table above. However there may be historical, cultural or anecdotal evidence linking their use to the treatment of High Cholesterol.

- Evening primrose
- **Flax**
- **Garcinia (hydroxycitric acid)**
- **Garlic**
- **Green tea**
- **Red Yeast Rice**

# Learn more about High Cholesterol

Micromedex® Care Notes:

- **Hyperlipidemia**

Symptoms and treatment for:

- **High Cholesterol (Hypercholesterolemia)**

Drugs.com Health Center:

- **Cholesterol**
- **Cholesterol Risk Factors**
- **Reducing Cholesterol**
- **Cholesterol Testing**
- **Atorvastatin: Are Generic Drugs Worth the Risk?**

Mayo Clinic Reference:

- **High cholesterol**

## Legend

| | |
|---|---|
| **Off Label** | This medication may not be approved by the FDA for the treatment of this condition. |

### Prescription Only / Over the Counter

| | |
|---|---|
| **Rx** | Prescription Only |
| **OTC** | Over the Counter |
| **Rx/OTC** | Prescription or Over the Counter |

### Pregnancy

| | |
|---|---|
| **A** | Adequate and well-controlled studies have failed to demonstrate a risk to the fetus in the first trimester of pregnancy (and there is no evidence of risk in later trimesters). |
| **B** | Animal reproduction studies have failed to demonstrate a risk to the fetus and there are no adequate and well-controlled studies in pregnant women. |
| **C** | Animal reproduction studies have shown an adverse effect on the fetus and there are no adequate and well-controlled studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **D** | There is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience or studies in humans, but potential benefits may warrant use of the drug in pregnant women despite potential risks. |
| **X** | Studies in animals or humans have demonstrated fetal abnormalities and/or there is positive evidence of human fetal risk based on adverse reaction data from investigational or marketing experience, and the risks involved in use of the drug in pregnant women clearly outweigh potential benefits. |
| **N** | FDA has not classified the drug. |

### Controlled Substances Act Schedule

| | |
|---|---|
| **N** | The drug is not subject to the Controlled Substances Act. |
| **1** | The drug has a high potential for abuse. The drug has no currently accepted medical use in treatment in the United States. There is a lack of accepted safety for use of the drug under medical supervision. |
| **2** | The drug has a high potential for abuse. The drug has a currently accepted medical use in treatment in the United States or a currently accepted medical use with severe restrictions. Abuse of the drug may lead to severe psychological or physical dependence. |
| **3** | The drug has a potential for abuse less than the drugs in schedules 1 and 2. The drug has a currently accepted medical use in treatment in the United States. Abuse of the drug may lead to moderate or low physical dependence or high psychological dependence. |
| **4** | The drug has a low potential for abuse relative to the drugs in schedule 3. The drug has a currently accepted medical use in treatment in the United States. Abuse of the drug may lead to limited physical dependence or psychological dependence relative to the drugs in schedule 3. |
| **5** | The drug has a low potential for abuse relative to the drugs in schedule 4. The drug has a currently accepted medical use in treatment in the United States. Abuse of the drug may lead to limited physical dependence or psychological dependence relative to the drugs in schedule 4. |

### Alcohol

| | |
|---|---|
| **X** | Interacts with Alcohol. |

Synonym(s): Cholesteremia; Cholesterol, Elevated Levels; Cholesterol, High; Cholesterolemia; Familial Hypercholesterolemia; Hypercholesterolemia; Hypercholesterolemia, Familial; Hyperlipidemia; Lipid Metabolism Disorders