MAR/03/2016 THU 09:36 AM                    FAX                         P

303 440 2359        Boulder Community Hos        303-440-2359 BCH Med Records        07 30 18 p m    07-02-2014        10/33

## BOULDER COMMUNITY HOSPITAL

Patient Name: EDSON,JON
Account Number: N000041012897
Attending/ER Physician: Douglas C Morgan, MD
Adm Date/Source: 06/22/14 EMR
Primary Carrier: SELF PAY

Rpt#: MR0622-0082
Unit Number: N000050452
Patient Type: ADM IN
Discharge Date:

Signed

## HISTORY AND PHYSICAL

DATE OF ADMISSION  6/22/2014

CHIEF COMPLAINT  Epigastric abdominal pain and mid back pain.

HISTORY OF PRESENT ILLNESS:  John is a 57-year-old man who does drink beer fairly heavily and was drinking it sounds like at least 5 or 6 beers on the day of June 21. Around 8:00 in the evening June 21 he developed severe epigastric pain, nausea and vomiting  There are no fevers, chills or sweats.  No change in bowel function.  Prior to this, his abdomen has been doing well, he has had no trouble eating  He has never had an episode like this before. He found that this was aggravated by drinking some iced tea.  Eventually early this morning he came into the ER with ongoing symptoms as above.  He had tried no treatments for this at home  There is no blood in his emesis.  He has never had a diagnosis of pancreatitis, ulcer disease, biliary disease or liver disease. He denies any family history of pancreatitis or abdominal or digestive illnesses.

In the ER, he was found to have elevated lipase.  The patient is admitted to the medicine floor where I am seeing him

REVIEW OF SYSTEMS:  A comprehensive review of systems reveals some chronic back pain which is aggravated by his work as an auto mechanic.  Otherwise, he denies any specific symptoms but his girlfriend, Sandra, who is here at the bedside mentions that he seems to always be labored with his breathing whenever he is doing any even minor physical activity.  He does use a CPAP machine for sleep apnea and is a former smoker.  The rest of the review of systems is unrevealing.

PAST MEDICAL HISTORY:  Includes obesity, sleep apnea, former tobacco use in the way of cigarettes, and current alcohol use.  He also has had surgery on both shoulders.

FAMILY HISTORY:  Includes diabetes in his brother.  His father died of a stroke.

SOCIAL HISTORY:  Again, he works as a mechanic, drinks alcohol in the way of beer, it sounds like probably 5 or more beers daily  He does not use illicit drugs and is a former smoker  He apparently has had trouble obtaining and maintaining health insurance and is uninsured now so this will be financial hardship for him.  He has seen Dr. James Yoseh in Broomfield as primary care physician.  He has a girlfriend, Sandra, who is here at the bedside with him.

PHYSICAL EXAMINATION
VITAL SIGNS  He has a blood pressure 125/82 initially  currently 136/53, heart rate has been in the 70 range and is regular.  His respiratory rate at 16, he has good oxygen saturation.  Temperature 36.4.
GENERAL:  The patient is groggy from pain medicine but arouses to answer questions.  He is not confused.
SKIN:  Warm and dry with no jaundice or other discoloration.  There are no rashes or other concerning skin lesions.
HEENT/NECK:  Exams are unremarkable.
LUNGS:  Clear breath sounds without wheeze, rales or rhonchi.

EDSON JON    06/22/14
DOB  11/17/1956    57    F361-1
ACCT NO: N000001852897    MR: K000880452
ATT DR: Douglas C Morgan, MD

General History and Physical
Page 1 of 2

EXHIBIT E

MAR 03 2016 THU 09:37 AM                    FAX No.                          P

303 440 2359        Boulder Community Hos        303-440-2359 BCH Med Records        07.30:52 p.m      07-02-2014        11/33

## BOULDER COMMUNITY HOSPITAL

HEART    Regular without murmur or gallop.
ABDOMEN:   Has mild distention, no bowel sounds, and there is some epigastric tenderness with mild guarding but no rebound.   There are no palpable masses or hernias.
EXTREMITIES: Warm and well perfused   There is trace edema at both ankles   The joints are unremarkable   There is no evidence of bleeding or petechiae.
NEUROLOGIC:   Mentation is good, speech and language function good.   Cranial nerves good   No focal weakness.

LABORATORY DATA:   Include lipase greater than 20,000.   White blood cell count is 13,000, otherwise unremarkable CBC.   On his chemistry panel, his glucose is at 146.   Liver enzymes and bilirubin are normal   Electrolytes and renal function are normal.   He has a urinalysis with trace protein   There is an abdominal ultrasound that has been read by Radiology but the report is not available at this time.   Verbal report from the radiologist to the ER doctor and on to me is negative for acute cholecystitis or gallstones but fatty enlarged liver is present.

IMPRESSION

1   Acute alcoholic pancreatitis without evidence of complications.   This is his first-ever episode.   He does have some mild hyperglycemia at this time but I think this is probably more reactive as he is in quite a bit of pain   Will need to follow that glucose.   At this point, conservative care will be indicated with bowel rest and hydration and symptomatic medications.   It is anticipated he will probably be 3 to 5 days plus or minus to get back to the point of being able to eat.

2   Ongoing alcohol abuse.   I did talk with the patient and his girlfriend Sandra, in detail about the dangers of alcohol and how toxic this is clearly being for his body.   It is anticipated that in addition to the pancreatitis, his fatty enlarged liver is probably due to alcohol abuse, and there could be neurologic, cardiac, and other issues related to his alcohol.   Clearly it will be in his best interest to do everything he can to quit drinking   At this point, he probably because of the grogginess from the narcotics will not remember this conversation and it will need to be approached again repeatedly during his hospital stay.

3   Chronic labored breathing with minimal exertion according to his girlfriend   He does have known sleep apnea but he is also at risk for heart disease and emphysema, given his smoking and drinking history and his obesity

4   Hyperglycemia, may be reactive due to his acute illness but he does have a family history of type 2 diabetes in his brother and he is overweight   His sugars should be followed and we can get a hemoglobin A1c.

5   Known sleep apnea.   He is at risk for respiratory complications while on narcotics here   so will keep him on oxygen and monitor here as well as other sleep apnea precautions

Job#. 028655T/348319

NOTE: At the time of transcription of this report, there may have been blank(s) to be added by the dictating dictator.   By signing this report, I attest that I have reviewed any blanks in the document, and have either corrected them and/or have no further information to add

Douglas C Morgan  MD

06/23/14 0144 <Electronically signed by Douglas C Morgan  MD>

D: 06/22/14 0612   T: FOCUSINF  06/22/14 0651
CC: Morgan,Douglas C MD;  Patient,NotPresent

EDSON,JON   06/22/14
DOB  11/17/1956   57   F361-1
ACCT NO  N000001852697   MR. K000680452
ATT DR  Douglas C Morgan, MD

General History and Physical
Page 2 of 2