MAR 03 2016 THU 00:23 AM                               FAX No.                              P. 008

303 440 2359        Boulder Community Hos        303-440-2359 BCH Med Records        07:39:29 p.m.    07-02-2014        32/33

## BOULDER COMMUNITY HOSPITAL
### DIAGNOSTIC IMAGING
Ultrasound
1100 BALSAM AVENUE
BOULDER, CO 80304
(303)-440-2170

Pt Name: EDSON, JON                          Report Number: 0622-0001
DOB  11/17/1956                              Unit Number: K000880452
Ordering Phys: MacDade, Stephen  MD          Pt Type: ADM IN
Date of Service: 06/22/14                     Acct Num:  N00001852697

**Ultrasound Abdomen Limited**

Sonography Limited to the Right Upper Quadrant of the Abdomen

Clinical History: 57-year-old male who presents to the emergency department with right upper quadrant pain, and was noted to have an elevated serum lipase level exceeding 20,000. Rule out gallstone versus alcoholic pancreatitis.

Technique: A curvilinear 5 MHz transducer was used to sonographically evaluate the right upper quadrant of the abdomen. Color Doppler was used.

Comparison Study: None

Findings: The liver is mildly enlarged, measuring 18.1 cm along the right midaxillary line, and is diffusely echogenic with some periportal focal fat-sparing. The pancreas is essentially obscured by overlying bowel gas, and not adequately evaluable using this modality. There is no ascites or right pleural effusion. The proximal abdominal aorta is normal in size, measuring 2.7 cm. The mid and distal abdominal aorta are obscured by overlying bowel gas. The gallbladder is mildly distended, with no stones, sludge, wall thickening, pericholecystic fluid, or sonographic Murphy sign. The gallbladder wall thickness is 1.4 mm. There is no intra- or extrahepatic bile duct dilatation. The common bile duct measures 2.9 mm. The main portal vein is patent. The right kidney is normal, measuring 10.3 x 5.9 x 6.0 cm. There is no focal renal mass or hydronephrosis.

Impression:

1. Mild hepatomegaly, with hepatic steatosis and some periportal geographic fat-sparing.
2. There is no bile duct dilatation or sonographic abnormality associated with the gallbladder.
3. Suboptimal assessment of the pancreas and much of the abdominal aorta, secondary to overlying bowel gas.

I provided a preliminary interpretation to Dr. Stephen MacDade at 3:25 a.m. on Sunday morning, June 22, 2014. My final interpretation is concordant with my initial impression.

J346315

POS 99

Dictated By: Matthew H Blomquist, MD

*This report was compiled using a voice recognition dictation system and may contain typographical errors*
D: 06/22/14 0329  T: SHOWERS J 06/22/14 0902
Electronically Signed by: Blomquist, Matthew H MD
CC: MacDade Stephen MD-

EDSON, JON
DOB 11/17/1956            Age 57              F3N
ACCT NO  N00001852697                        UNIT NUM  K000880452
PHYS MacDade, Stephen MD

Additional copy

1 of 2