

**To:** Chip Murphy
**Subject:** Jon Erison Hi r

Hello Chip,

Please review below:

Thank you,

Permanent interim life coverage about USA

Polic*09/1



Alyssa Wright, Insurance Services of America

(800) 647-4589 or (480) 821-6052

FAX 1-866-793-4779

alyssa@isabrokers.com    http://www.isabrokers.com

Insurance Services of America

A Proud Member of the National Association of Health Underwriters

info isabrokers.com    Click below to support from Medical

We are a Better Business Bureau Accredited Business contributing to years

in providing high quality and affordable international and US travel insurance

**Sent:** Thursday, April 23, 2015 11:26 AM
**To:** Alyssa Wright
**Subject:** RE: New Fax Message from ............. on 03/23/2015 at 05:49 PM



EXHIBIT G



The letter was completed yesterday, and sent out. The information from the member's plan claim as well as the medical records were reviewed. The records indicate significant support for alcohol use. The original denial was upheld and the member was instructed to have the hospital send information to support that the medical records were incorrect - and we would be happy to review again.

Kristen

**Kristen Kaweck**
Account Executive
HCC Medical Insurance Services
A subsidiary of HCC Insurance Holdings, Inc.
kristen.kaweck@hcc.com
Tel: 800-505-5252 ext 5292

**From:** Alyssa Wright [mailto:alyssa.g.is.at.rockies.com]
**Sent:** Wednesday, April 22, 2015 6:56 PM
**To:** Kaweck, Kristen
**Subject:** FW: New Fax Message from 404-1790 on 03/23/2015 at 05:49 PM



Hey Kristen

Mike Watts said he sent a message for your appeals office but I still haven't heard anything - been well over a month on this.

Hope you can get some info.

