**HCC**

HCC Life Insurance, LLC
P.O. Box 2005
Farmington Hills, MI 48333-2005

November 19, 2015

Jon Edson
209 Labelle Rd
Boulder, CO 80302

Re:         Jon Edson
ID #:       CO1400081600
Claim(s):
DOS:       6/22-6/29/14

Dear Mr. Edson,

This letter is in response to your appeal we received at HCC Life Insurance LLC in regards to the above claims being denied as "services not covered".

The member purchased a Short Term Medical plan (STM) effective on 09/17/2014 with a 6 month benefit period. The member selected a simple health insurance policy with a $2000 deductible, and 80% coinsurance on the next $5,000 of eligible expenses. This policy is medically underwritten, contains a pre-existing condition exclusion, and is not subject to the Affordable Care Act.

Please see below the medical record information pertinent to this review:

**DISCHARGE DIAGNOSES:**
1. Alcoholic pancreatitis. This is a very pleasant 57-year-old gentleman with chronic continuous alcohol use who developed severe epigastric pain, nausea, vomiting and was admitted for this. His lipase initially was over 20,000. Subsequently, it came almost to normal. He has never had this before. Chemistries were otherwise fairly unremarkable. Triglycerides were 91, glucose control was reasonable with a hemoglobin A1c of 5.5%. The patient's pain has resolved and he was eating normally at discharge. Alcohol cessation strongly counseled.
2. Paroxysmal atrial fibrillation. This occurred in association with his acute illness and considerable amount of pain and resolved after a diltiazem drip. At this point, the patient has not been offered full dose oral anticoagulation. He was placed on metoprolol, but anticoagulation has been deferred to the outpatient arena.
3. Alcohol abuse. He did have some signs of acute withdrawal which resolved fairly quickly.
4. Obstructive sleep apnea. Receiving CPAP at home.

Ultrasound of the right upper quadrant. The results of the study are negative for acute cholecystitis or gallstone, however he does have a fatty liver, enlarged liver. I discussed the results of this study with the radiologist Dr. Blomquist.,

**IMPRESSION:**
1. Acute alcoholic pancreatitis without evidence of complications. This is his first-ever episode. He does have some mild hyperglycemia at this time but I think this is probably more reactive as he is in quite a bit of pain. Will need to follow that glucose. At this point, conservative care will be indicated with bowel rest and hydration and symptomatic medications. It is anticipated he will probably be 3 to 5 days plus or minus to get back to the point of being able to eat.
2. Ongoing alcohol abuse. I did talk with the patient and his girlfriend, Sandra, in detail about the dangers of alcohol and how toxic this is clearly being for his body. It is anticipated that in addition to the pancreatitis, his fatty enlarged liver is probably due to alcohol abuse, and there could be neurologic, cardiac, and other issues related to his alcohol. Clearly it will be in his best interest to do everything he can to quit drinking. At this point, he probably because of the grogginess from the narcotics will not remember this conversation and it will need to be approached again-repeatedly during his hospital stay.

HCC 003

EXHIBIT H



HCC Life Insurance, LLC
P.O. Box 2005
Farmington Hills, MI 48333-2005

Impression:
1. Moderate to severe diffuse pancreatitis with regional inflammatory mesenteric stranding and small to moderate volume of free fluid. No pancreatic necrosis, pseudocyst, pseudoaneurysm, or splenic vein thrombosis.
2. Bibasilar atelectasis and small bilateral pleural effusions.
3. Hepatic steatosis and minimal focal fatty sparing adjacent to the gallbladder.
4. Sigmoid diverticulosis.

The information in the member's STM plan that is pertinent to this review:

Charges for the following treatments and/or services and/or supplies and/or conditions are excluded from coverage:

Exclusions:

5. A l c o h o l i sm.

29. Injury resulting from being under the influence of or due wholly or partly to the effects of alcohol or drugs, other than drugs taken in accordance with treatment prescribed by a Doctor, but not for the treatment of Substance Abuse.

HCC Life has reviewed your appeal and the information within the complete medical record indicates a history of alcohol abuse. Note the discharge note even mentions symptoms of acute withdrawal during the stay. We will be upholding the denial of the claim(s) in question. If the hospital physician that treated you and the hospital sends information to support that the medical records is incorrect, we can again review your information.

Based upon the foregoing and all of the terms, conditions, covenants, exclusions, provisions, and additions to this policy number issued to our member, HCC Medical Insurance Services reserves all of its rights with respect to this matter including, but not limited to, the right to deny coverage for all amounts involved and for all applicable reasons under the terms of the contract. Our further investigation, communications, requests for information, documentation or status are not intended to, nor should be construed as in any way waiving, altering or modifying any of the rights which HCC Medical Insurance Services has herein or under the policy. To that end, please provide us with any additional facts, documents, or other submissions, which may impact the consideration given to this claim, within time limits outlined in the policy.

Should you have any further questions please feel free to contact us at service.hccmis.com or via telephone at 1.800.605.2282.

Sincerely,


Angela Wilkinson
AVP Insurance Quality/Risk Management
HCC Life Insurance Company