

# THE HUSTEAD LAW FIRM

*A Professional Corporation*
REGENCY PLAZA ONE
4049 SOUTH ULSTER STREET
SUITE 1250
DENVER, COLORADO 80237

TELEPHONE (303) 721-5000
TELECOPIER (303) 721-5001
www.THLF.com

PATRICK Q. HUSTEAD, ESQ.

February 3, 2016

***Via Electronic Mail***
sam@livingston-law.com

Samuel G. Livingston, Esq.
The Law Office of Samuel G. Livingston, P.C.
1416 Larimer Street, Suite 300
Denver, Colorado 80202

Re:    *Edson v. HCC Life Insurance Company,* U.S. District Court Case No.
1:15-cv-02306-WYD-NJ
Your Client:    John Edson
Our File No.:    3310-105

Dear Mr. Livingston:

We write regarding the above-referenced case. We are in the process of preparing responses to both your client's first set of written discovery, as well as the motion for summary judgment that has been filed. In both of these documents, there is reference to a November 19, 2015 letter from HCC regarding a denial of the case.

We will address these issues in response to both the discovery and motion for summary judgment, but wanted to address this issue sooner rather than later. Specifically, in our client's, HCC Life Insurance Company's ("HCC"), initial disclosures, a letter was included at HCC 003. The letter provides information regarding the coverage determination that had been made by HCC and reserves HCC's rights under the insurance policy issued to Mr. Edson.

This letter produced with HCC's initial disclosures contains a date of November 19, 2015 in the version with these initial disclosures. After reviewing the written discovery and the motion for summary judgment, we determined that there was disconnect between our respective client's understanding of this letter and when it was sent.

HCC provided its claim file to our office. The letter found at HCC 003 was produced in a Word format. Further, the Word document was created in such a manner that it automatically updates the date every time it is opened up. For our office to Bates label the documents, we must

EXHIBIT I

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Samuel G. Livingston, Esq.
February 3, 2016
Page 2

print them out. Our office printed this document on November 19, 2015 in order to Bates label it prior to initial disclosures being exchanged.

HCC will confirm this fact in its sworn discovery responses, but this letter was not sent to Mr. Edson on November 19, 2015. In fact, this letter was sent to Mr. Edson on April 22, 2015. The only reason November 19, 2015 appears on the document is due to the date our office printed the file in order to prepare its disclosure.

If you have any questions regarding the production of this document, please do not hesitate to contact our office.

Best Regards,

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Patrick Q. Hustead, Esq.

PQH/dma

cc:     Christopher J. Shannon, Esq.
        assistant@livingston-law.com